IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| LEWIS, ET AL., Plaintiffs v. VARIOUS DEFENDANTS | Transferred from the District of New Jersey CIVIL ACTION NO. 10-64625 |

FILED
AUG 17 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW**, this **11th** day of **August, 2011**, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, listed in Exhibit "A," attached, are **GRANTED** as unopposed.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiffs have not opposed Defendants' motions for summary judgment. As provided under local rules, the Court must independently determine that the moving party is entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

The basis for Defendants' motions is that Plaintiff has failed to raise a genuine issue of material fact as to whether decedent's asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants.

Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

## Exhibit A

| Case number/ Document number | Case and Motion Information | Notes |
|---|---|---|
| 2:10-cv-64625-ER | **LEWIS et al v. ASBESTOS CORPORATION, LTD. et al** <br> *Case filed:* 04/09/2010 | *Cause:* 28:1332 Diversity-Asbestos Litigation <br> *NOS:* 368 <br> *Office:* Philadelphia <br> *Jurisdiction:* Diversity <br> *Presider:* EDUARDO C. ROBRENO <br> *Jury demand:* None <br> *Case flags:* ASBESTOS, MDL-875, NJ |
| 12 | MOTION for Partial Summary Judgment <br> *Motion filed:* 09/08/2010 <br> *Filed by:* LINCOLN ELECTRIC COMPANY | |
| 42 | MOTION for Summary Judgment <br> *Motion filed:* 03/16/2011 <br> *Filed by:* RAPID AMERICAN CORPORATION | |
| 43 | MOTION for Summary Judgment <br> *Motion filed:* 03/21/2011 <br> *Filed by:* DB RILEY, INC | |
| 45 | MOTION for Summary Judgment <br> *Motion filed:* 03/22/2011 <br> *Filed by:* INGERSOLL-RAND COMPANY | |
| 49 | MOTION for Summary Judgment *and Order* <br> *Motion filed:* 03/22/2011 <br> *Filed by:* LINCOLN ELECTRIC COMPANY | |
| 52 | MOTION for Summary Judgment & *Memorandum of Law* <br> *Motion filed:* 03/22/2011 <br> *Filed by:* CLEAVER BROOKS COMPANY | |